IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURTIS DRAYTON,                )
                               )
    Petitioner,                )
                               )     CIVIL ACTION NO.
    v.                         )       2:14cv1039-MHT
                               )           (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
```

## ORDER

After an independent and de novo review of the record, it is ORDERED that petitioner's objections (doc. no. 6) are considered as timely objections to the magistrate judge's recommendation (doc. no. 2), and the objections are overruled.

DONE, this the 20th day of January, 2015.

```
        /s/ Myron H. Thompson____
    UNITED STATES DISTRICT JUDGE
```